IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA UK LIMITED,<br>IPR PHARMACEUTICALS, INC.,<br>ASTRAZENECA AB,<br>SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br>and THE BRIGHAM AND WOMEN'S<br>HOSPITAL, INC.,<br><br>          Plaintiffs,<br><br>          v.<br><br>WATSON LABORATORIES, INC. (NV) and<br>EGIS PHARMACEUTICALS PLC,<br><br>          Defendants. | Civil Action No.: 10-915-LPS |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that (1) Defendant EGIS Pharmaceuticals PLC ("EGIS") has authorized its undersigned counsel to accept service of the Second Amended Complaint (D.I. 133) filed against, and Summons to, EGIS in this action, provided that none of EGIS's claims or defenses are waived by such authorization; (2) counsel for EGIS accepts service of the Second Amended Complaint and the Summons on its behalf, provided that none of EGIS's claims or defenses are waived by such acceptance; (3) EGIS and Defendant Watson Laboratories, Inc. (NV) shall answer, move, or otherwise plead in response to the Second Amended Complaint on or before December 20, 2011; (4) if either Defendant files a motion pursuant to Fed. R. Civ. P. 12 on or before December 20, 2011, Plaintiffs shall respond to that motion on or before January 10, 2012; and (5) Plaintiffs and Defendants shall not refer to or use this stipulation or the extension of time memorialized herein against each other in any action for any reason. Further, the consent of EGIS Pharmaceuticals PLC to this stipulation shall not be

argued or deemed to be a waiver of its right to present any and all defenses under Rule 12 of the Federal Rules of Civil Procedure, including lack of personal or subject matter jurisdiction.

| | |
|---|---|
| */s/ Mary W. Bourke* | */s/David E. Moore* |
| Mary W. Bourke (#2356) | Richard L. Horwitz (#2246) |
| CONNOLLY BOVE LODGE & HUTZ LLP | David E. Moore (#3983) |
| 1007 N. Orange Street | POTTER ANDERSON & CORROON LLP |
| P.O. Box 2207 | 1313 N. Market Street |
| Wilmington, DE 19899 | Hercules Plaza, 6th Floor |
| Telephone: (302) 658-9141 | Wilmington, DE 19899 |
| Facsimile: (302) 658-5614 | Telephone: (302) 984-6000 |
| mbourke@cblh.com | Facsimile: (302) 658-1192 |
| | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| *Attorneys for Plaintiffs* | |
| *AstraZeneca UK Limited,* | *Attorneys for Defendants* |
| *IPR Pharmaceuticals, Inc.,* | *Watson Laboratories, Inc. (NV) and* |
| *AstraZeneca AB,* | *EGIS Pharmaceuticals PLC* |
| *Shionogi Seiyaku Kabushiki Kaisha, and* | |
| *The Brigham and Women's Hospital, Inc.* | |

SO ORDERED this _____ day of _____, 2011.

_____
United States District Judge

4566597